IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **United States of America** | : | |
| | : | |
| | : | |
| **v.** | : | Case No.  1:23-CR-126-RDB |
| | : | |
| **Al Tariq Smith** | : | |
| | : | |
| **Defendant** | : | |

### MOTION IN LIMINE REQUESTING THE COURT TO PLAY THE WESTERN DISTRICT OF WASHINGTON'S "UNCONSCIOUS BIAS" VIDEO FOR THE JURY

"It is a cornerstone principle of our legal system that judicial proceedings shall be fair and unbiased." *United States v. Young*, 6 F.4th 804, 812 (8th Cir. 2021) (Kelly, J., dissenting). "A fair trial in a fair tribunal is a basic requirement of due process. Fairness of course requires an absence of actual bias in the trial of cases." *In re Murchison*, 349 U.S. 133, 136 (1955). Central to a fair trial is a fair and impartial jury. As noted by the Honorable John C. Coughenour, "it is the court's goal in every jury trial to find jurors who will decide the case before them without prejudice or bias because under our Constitution everyone deserves a fair trial."[1]

In an effort to deliver on that constitutional promise, the United States District Court for the Western District of Washington has taken meaningful steps to combat the problems presented by unconscious bias. "Unconscious biases" are stereotypes, attitudes, preferences that people may be expressed without conscious awareness,

---

[1] United States District Court for the Western District of Washington, Unconscious Bias Juror Video at 0:18 – 0:29 (available at: https://www.wawd.uscourts.gov/jury/unconscious-bias).

control, or intention.[2] Although unconscious or implicit biases are "unstated and unrecognized and operate outside of conscious awareness," they "are nonetheless pervasive and powerful." Judge Mark W. Bennett, *Unraveling the Gordian Knot of Implicit Bias in Jury Selection: The Problems of Judge-Dominated Voir Dire, the Failed Promise of Batson, and Proposed Solutions*, 4 Harv. L. & Pol'y Rev. 149, 152 (2010). In the Western District of Washington, every juror is presented with a video aimed at educating the jury about unconscious bias and its effect on an individual's decision-making process.[3]

The video opens "by stating the bedrock principle of our judicial system – the United States Constitution guarantees every litigant a fair trial – but warns that this fundamental right can only be achieved if jurors decide the case before them without prejudice or bias." *Thomas v. Cannon*, 2017 WL 11423601, at *1 (W.D. Wash. June 20, 2017). The video goes on to define what bias is and educate potential jurors about unconscious bias and how it may negatively affect their view of the evidence. It concludes by "exhorting prospective jurors to remain cognizant of the fact that their unconscious biases may affect their decision: 'Remember, awareness that each of us

---

[2] United States District Court for the Western District of Washington, Criminal Jury Instructions – Unconscious Bias, Preliminary Instructions to be Given to the Entire Panel Before Jury Selection (available at: https://www.wawd.uscourts.gov/sites/wawd/files/CriminalJuryInstructions-ImplicitBias.pdf).
[3] United States District Court for the Western District of Washington, Unconscious Bias Juror Video (available at: https://www.wawd.uscourts.gov/jury/unconscious-bias).

has unconscious biases can actually help us all become more conscious about the fairness of the decisions we make.'" *Id.*

The unconscious bias video is a meaningful, preventative measure designed to mitigate the impact unconscious bias may have on potential jurors. Raising awareness of unconscious bias and its potential impact will only help ensure that "reason, not implicit bias or explicit prejudice, guides jurors' deliberations." *United States v. Young*, 6 F.4th 804, 821 (8th Cir. 2021) (Kelly, J., concurring). Mr. Smith respectfully requests the Court to play this video for the jury in this case. Doing so serves "not…to perfect the jury but to ensure that our legal system remains capable of coming ever closer to the promise of equal treatment under the law that is so central to a functioning democracy." *Pena-Rodriguez v. Colorado*, 580 U.S. 206, 223 (2017).

                                      Respectfully submitted,
                                      James Wyda
                                      Federal Public Defender
                                        for the District of Maryland

                                      ___/s/_____
                                      Francisco A. Carriedo (#816158)
                                      Maggie Grace (#29905)
                                      Assistant Federal Public Defender
                                      100 South Charles Street
                                      Tower II, 9th Floor
                                      Baltimore, Maryland 21201
                                      Phone: (410) 962-3962
                                      Fax:  (410) 962-0872
                                      Email: Francisco_Carriedo@fd.org
                                                Maggie_Grace@fd.org

## CERTIFICATE OF SERVICE

  I hereby certify that on July 15, 2024, a copy of the foregoing was served via CM/ECF to the Government.

               _____/s/_____
               Francisco A. Carriedo